## VALDES *v.* MUNICH.

## SAME *v.* WOOD.

## SAME *v.* PERIANES.

ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR PORTO RICO.

Nos. 457, 473, 474. Motions to dismiss or affirm.—Submitted January 18, 1909.—Decided February 1, 1909.

Writs of error to the District Court of the United States for Porto Rico, dismissed for want of jurisdiction because the judgments sought to be reversed were each less than $5,000. Plaintiffs below were citizens of the United States and Porto Rico, and the defendant a citizen of Spain who filed pleas to the jurisdiction and claimed that by the over-

---

constitutional and statutory, as to stockholders' liability in favor of certain classes of corporations. Where, as in Minnesota, stockholders' liability is fixed and measured by the constitution, a stockholder upon acquiring his stock incurs an obligation arising from the constitutional provisions, and as such capable of being enforced in the courts not only of that State but of another State and of the United States."]

ruling of such pleas he had been denied rights under the treaty of Paris and laws of the United States.

Writ of error to review 3 Porto Rico; 251, 503, dismissed.

Mr. *Willis Sweet* for defendant in error in Nos. 457 and 473, and Mr. *Willis Sweet* and *Mr. Joseph Anderson, Jr.*, for defendant in error in No. 474, in support of the motion.

Mr. *F. Kingsbury Curtis*, Mr. *John G. Carlisle* and Mr. *Henry A. Stickney* in Nos. 457 and 474; Mr. *F. Kingsbury Curtis* and Mr. *Henry A. Stickney* in No. 473 for plaintiff in error, in opposition.

*Per Curiam:* Writs of error dismissed for want of jurisdictional amounts. Act of April 12, 1900, c. 191, 31 Stat. 77, §§ 34, 35; Act of March 2, 1901, c. 812, 31 Stat. 953, § 3; *Royal Insurance Company* v. *Martin*, 192 U. S. 149, 159; *Ortega* v. *Lara*, 202 U. S. 339; *Perez* v. *Fernandez*, 202 U. S. 80; *Garrozi* v. *Dastas*, 204 U. S. 64, 73.